IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOMINGINHO POWELL )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>THE PAYDAY LOAN STORE OF ILLINOIS, )<br>INC., )<br>)<br>   Defendant. ) | No. 09 C 4146<br><br>Judge Gottschall |

## STIPULATION OF DISMISSAL

  The parties, after this Court's grant of Defendant's motion to compel arbitration and upon resolution of claims made in the above-entitled case, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), now stipulate to the dismissal of the above-entitled case <u>with prejudice</u> as to the individual claims of Plaintiff Dominginho Powell and without prejudice as to any putative class member.

Respectfully submitted,

| | |
|---|---|
| s/ Alexander H. Burke | s/ Jonathan N. Ledsky |
| Alexander H. Burke | Jonathan N. Ledsky |
| BURKE LAW OFFICES, LLC | VARGA BERGER LEDSKY HAYES |
| 155 N. Michigan Avenue |  & CASEY |
| Suite 9020 | 125 South Wacker Drive, Suite 2150 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| (312) 729-5288 | (312) 341-9400 |
| (312) 729-5289 (FAX) | (312) 419-0225 (FAX) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |